IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALI S. MUHAMMAD,

   Plaintiff,

     v.

WASHINGTON MUTUAL HOME
LOANS, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-138-TWT

## ORDER

This is a breach of contract action. It is before the Court on the Motion to Dismiss [Doc. 4] of Deutsche Bank National Trust Company. The Complaint fails to state a plausible claim for relief against the Defendant. The Motion to Dismiss [Doc. 4] is GRANTED.

SO ORDERED, this 27 day of February, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Muhammad\dismiss2.wpd