IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALI S. MUHAMMAD,

    Plaintiff,

     v.

WASHINGTON MUTUAL HOME
LOANS, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-138-TWT

## ORDER

This is a breach of contract action. It is before the Court on the Plaintiff's Motion to Remand [Doc. 6]. At the time of the removal, there was not complete diversity. The Plaintiff's motion is granted for lack of subject matter jurisdiction.

SO ORDERED, this 9 day of March, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Muhammad\remand.wpd